UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STEPHANIE WOOTEN, | § § § | |
| PLAINTIFF, | § § | |
| V. | § § | CASE NO. 3:19-cv-00063 |
| AMERICAN STRATEGIC INSURANCE COMPANY, | § § § § | |
| DEFENDANT. | § | |

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT comes Plaintiff, Stephanie Wooten, who moves to dismiss all of Plaintiff's claims in this matter, with prejudice, each party to bear their own costs.

Respectfully submitted,

**PANDIT LAW FIRM, L.L.C.**

BY: */s/ Rajan Pandit*
RAJAN PANDIT,   La. Bar No. 32215
                Fed. ID 1070660
JOHN D. CARTER, La. Bar No. 24334
                Fed. ID 1058771
One Galleria Tower
2700 Post Oak Blvd., 21st Floor
Houston, TX 77056
Telephone: (800) 615-3046
Facsimile: (504) 313-3820
Email: rpandit@panditlaw.com

*COUNSEL FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of January, 2020, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. Any manual recipients will receive a copy of the foregoing pleading by United States Mail.

                                        /s/ Rajan Pandit
                                        RAJAN PANDIT